IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS MCENTYRE,

      Plaintiff,                      No. CIV S-09-1845 EFB P

      vs.

MATTHEW CATE, et al.,

      Defendants.              <u>ORDER</u>

      Plaintiff is a former state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On February 25, 2010, the court found that the complaint stated cognizable claims as to defendants Long, Atkins, Clawford, Hoelm, Stamback, Evens and Edwards, but not as to defendants Cate, Barnes or Ayers. The court gave plaintiff 30 days to submit materials for service of process on defendants Long, Atkins, Clawford, Hoelm, Stamback, Evens and Edwards, or, alternatively, to file an amended complaint attempting to state a claim under the Eighth Amendment and/or against defendants Cate, Barnes or Ayers.

////

1    Despite two extensions of time totaling more than seventy-five days, the time for acting
2 has passed and plaintiff has not submitted the materials necessary to serve process on defendants
3 Long, Atkins, Clawford, Hoelm, Stamback, Evens and Edwards, nor has he filed an amended
4 complaint or otherwise complied with the February 25, 2010, order.
5    Accordingly, it is hereby ordered that this action is DISMISSED.
6 Dated:  July 14, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE